# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED

2014 OCT 22  A 9 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

# CR  14  534

WHO

### JOSEPH J. GIRAUDO

DEFENDANT(S).

---

# INDICTMENT

Title 15 U.S.C. Section 1 (Bid Rigging)
(Counts One, Six)
Title 18 U.S.C. Section 1341 (Mail Fraud)
(Counts Two, Three, Four, Five, Seven, Eight)

---

A true bill.

_____
                          Foreman

Filed in open court this __21st__ day of

_____October 2014_____.

_____Stephen Ybarra_____
                            Clerk

Bail, $ No proc

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED

2014 OCT 22   A 9: 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

CR   14   534

WHO

RAYMOND A. GRINSELL

DEFENDANT(S).

---

# INDICTMENT

Title 15 U.S.C. Section 1 (Bid Rigging)
(Counts One, Six)
Title 18 U.S.C. Section 1341 (Mail Fraud)
(Counts Two, Three, Five, Seven, Eight)

---

A true bill.

_____
Foreman

Filed in open court this __21st__ day of

__October 2014__.

__Stephen Ybarra__
Clerk

_____

Bail, $ no process

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED

2014 OCT 22  A 9: 52



RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

# CR  14  534

### KEVIN B. CULLINANE

DEFENDANT(S).

# INDICTMENT

Title 15 U.S.C. Section 1 (Bid Rigging)
(Counts One)
Title 18 U.S.C. Section 1341 (Mail Fraud)
(Counts Two, Three, Four)

A true bill.

_____
                    Foreman

Filed in open court this _2 1st_ day of

_____October 2014._____

_____Stephen ybarra_____
                        Clerk

Bail, $ no process

# United States District Court

FILED

2014 OCT 22  A 9: 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

WHO

# CR  14   534

## JAMES F. APPENRODT

DEFENDANT(S).

# INDICTMENT

Title 15 U.S.C. Section 1 (Bid Rigging)
(Counts One, Six)
Title 18 U.S.C. Section 1341 (Mail Fraud)
(Counts Three, Four, Five, Eight)

A true bill.

_____
                    Foreman

Filed in open court this __21st__ day of

_____October 2014_____

_____Stephen Ybarra_____
                    Clerk

Bail, $ no process

_____

# United States District Court FILED

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

2014 OCT 22  A 9: 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

WHO

# CR  14  534

## ABRAHAM S. FARAG

DEFENDANT(S).

---

# INDICTMENT

Title 15 U.S.C. Section 1 (Bid Rigging)
(Counts One)
Title 18 U.S.C. Section 1341 (Mail Fraud)
(Counts Two, Four)

---

A true bill.

_____ Foreman

Filed in open court this __21st__ day of

__October 2014__.

__Stephen Ybarra__
_____ Clerk

Bail, $ __no Aucur__

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

Title 15 U.S. Code, Section 1 (Bid Rigging)
Counts One, Six
Title 18 U.S. Code, Section 1341 (Mail Fraud)
Counts Two, Three, Four, Five, Seven, Eight

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   See attachment.

─── Name of District Court, and/or Judge/Magistrate Location ───

FILED

NORTHERN DISTRICT OF CALIFORNIA

2014 OCT 22 A 9 52

SAN FRANCISCO DIVISION

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S ───

▶ JOSEPH J. GIRAUDO

DISTRICT COURT NUMBER

CR 14 534 WHO

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
   give name of court

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion
   of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under

Name and Office of Person
Furnishing Information on this form         Antitrust Division

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)         David J. Ward, Trial Attorney

### DEFENDANT

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
     summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges          ☐ Federal  ☐ State

     If answer to (6) is "Yes", show name of institution
     _____

Has detainer   ☐ Yes      If "Yes"
been filed?    ☐ No        give date
                           filed _____

DATE OF
ARREST          Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶  Month/Day/Year
TO U.S. CUSTODY          _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____          Before Judge: _____

Comments:

PENALTY SHEET

**Individual:   Joseph J. Giraudo**

15 U.S.C. § 1 – Bid Rigging (Counts One, Six)

Maximum Penalties:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($200)
5.      Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Two, Three, Four, Five, Seven, Eight)

Maximum Penalties:
1.      A term of imprisonment of 20 years
2.      A fine of $1 million
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($600)
5.      Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─ **OFFENSE CHARGED** ─

Title 15 U.S. Code, Section 1 (Bid Rigging)
Counts One, Six
Title 18 U.S. Code, Section 1341 (Mail Fraud)
Counts Two, Three, Five, Seven, Eight

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*FILED*
*2014 OCT 22   A 9 52*
*RICH... ...W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

─ **DEFENDANT - U.S** ─

▶ RAYMOND A. GRINSELL

DISTRICT COURT NUMBER

**CR 14 0534**

─ **PROCEEDING** ─

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form        Antitrust Division

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        David J. Ward, Trial Attorney

─ **DEFENDANT** ─

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No      give date
filed

DATE OF
ARREST        ▶        Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─ **ADDITIONAL INFORMATION OR COMMENTS** ─

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT        Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                          Before Judge:

Comments:

PENALTY SHEET

**Individual:   Raymond A. Grinsell**

15 U.S.C. § 1 – Bid Rigging (Counts One, Six)

Maximum Penalties:
1.   A term of imprisonment of 10 years
2.   A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.   A period of supervised release of not more than 3 years
4.   $100 special assessment per count ($200)
5.   Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Two, Three, Five, Seven, Eight)

Maximum Penalties:
1.   A term of imprisonment of 20 years
2.   A fine of $1 million
3.   A period of supervised release of not more than 3 years
4.   $100 special assessment per count ($500)
5.   Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
    ☐ SUPERSEDING

─ **OFFENSE CHARGED** ─

Title 15 U.S. Code, Section 1 (Bid Rigging)
Count One
Title 18 U.S. Code, Section 1341 (Mail Fraud)
Counts Two, Three, Four

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

FILED

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

2014 OCT 22 A 52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─ **DEFENDANT - U.S** ─

▶ KEVIN B. CULLINANE

DISTRICT COURT NUMBER

CR 14 534 WHO

─ PROCEEDING ─

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   }

Name and Office of Person
Furnishing Information on this form         Antitrust Division
                          ☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        David J. Ward, Trial Attorney

─ **DEFENDANT** ─

**IS _NOT_ IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
     If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No      give date filed

DATE OF ARREST ▶          Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶        Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─ **ADDITIONAL INFORMATION OR COMMENTS** ─

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

PENALTY SHEET

**Individual:**   **Kevin B. Cullinane**

15 U.S.C. § 1 – Bid Rigging (Count One)

Maximum Penalties:
1.    A term of imprisonment of 10 years
2.    A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.    A period of supervised release of not more than 3 years
4.    $100 special assessment per count ($100)
5.    Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Two, Three, Four)

Maximum Penalties:
1.    A term of imprisonment of 20 years
2.    A fine of $1 million
3.    A period of supervised release of not more than 3 years
4.    $100 special assessment per count ($300)
5.    Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

Title 15 U.S. Code, Section 1 (Bid Rigging)
Counts One, Six
Title 18 U.S. Code, Section 1341 (Mail Fraud)
Counts Three, Four, Five, Eight

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED
2014 OCT
A 9 52
NORTHERN DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

### DEFENDANT - U.S

▶ JAMES F. APPENRODT

DISTRICT COURT NUMBER

CR   14   534
WHO

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.
}

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.
}

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form        Antitrust Division

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        David J. Ward, Trial Attorney

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding.
      If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
                                        ☐ Federal  ☐ State

      If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes      If "Yes"
been filed?    ☐ No        give date
                           filed

DATE OF
ARREST  ▶        Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY  ▶        Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

PENALTY SHEET

**Individual:    James F. Appenrodt**

15 U.S.C. § 1 – Bid Rigging (Counts One, Six)

Maximum Penalties:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($200)
5.      Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Three, Four, Five, Eight)

Maximum Penalties:
1.      A term of imprisonment of 20 years
2.      A fine of $1 million
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($400)
5.      Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

Title 15 U.S. Code, Section 1 (Bid Rigging)
Count One
Title 18 U.S. Code, Section 1341 (Mail Fraud)
Counts Two, Four

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED

OCT 22 52

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ ABRAHAM S. FARAG

DISTRICT COURT NUMBER

CR 14 534 WHO

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form      Antitrust Division

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      David J. Ward, Trial Attorney

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No      If "Yes" give date filed

DATE OF ARREST ▶      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶      Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:      Before Judge:

PENALTY SHEET

**Individual:    Abraham S. Farag**

15 U.S.C. § 1 – Bid Rigging (Count One)

Maximum Penalties:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($100)
5.      Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Two, Four)

Maximum Penalties:
1.      A term of imprisonment of 20 years
2.      A fine of $1 million
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($200)
5.      Restitution

1   DAVID J. WARD (CSBN 239504)
2   CHRISTINA M. WHEELER (CSBN 203395)
    LIDIA MAHER (CSBN 222253)
3   ANDREW J. NICHOLSON-MEADE (CSBN 284070)
    U.S. Department of Justice
4   Antitrust Division
    450 Golden Gate Avenue
5   Box 36046, Room 10-0101
6   San Francisco, CA 94102
    Telephone: (415) 934-5300
7   david.ward@usdoj.gov

8   Attorneys for the United States

9

FILED

2014 OCT 22 A 9: 56

[illegible stamp] U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHO

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA        )  **CR   14   534**
                                     )
15                                   )  **INDICTMENT**
             v.                      )
16                                   )  VIOLATIONS: 15 U.S.C. § 1 –
                                     )  Bid Rigging (Counts One & Six);
17   JOSEPH J. GIRAUDO,              )  18 U.S.C. § 1341 – Mail Fraud (Counts
     RAYMOND A. GRINSELL,            )  Two, Three, Four, Five, Seven & Eight)
18   KEVIN B. CULLINANE,             )
     JAMES F. APPENRODT, and         )
19   ABRAHAM S. FARAG,               )
                                     )
20                                   )
             Defendants.             )
21                                   )
                                     )
22   _____)

23   The Grand Jury charges that:

24                       BACKGROUND

25         1.    At all times relevant to this Indictment, when California homeowners defaulted on

26   their mortgages, mortgage holders could institute foreclosure proceedings and sell the properties

27   through non-judicial public real estate foreclosure auctions ("public auctions").  These public

28   auctions were governed by California Civil Code, Section 2924, *et seq.*  Typically, a trustee was

1  appointed to oversee the public auctions.  These public auctions usually took place at or near the
2  courthouse of the county in which the properties were located.  The auctioneer, acting on behalf
3  of the trustee, sold the property to the bidder offering the highest purchase price.  Proceeds from
4  the sale were then used to pay the mortgage holders, other holders of debt secured by the
5  property, and, in some cases, the defaulting homeowner (collectively "beneficiaries").

6      2.      During the period covered by this Indictment, defendant JOSEPH J. GIRAUDO
7  was a bidder at and purchased real estate at public auctions in San Mateo and San Francisco
8  counties, California.

9      3.      During the period covered by this Indictment, defendant RAYMOND A.
10  GRINSELL was a bidder at and purchased real estate at public auctions in San Mateo and San
11  Francisco counties, California.

12      4.      During the period covered by this Indictment, defendant KEVIN B. CULLINANE
13  was a bidder at and purchased real estate at public auctions in San Mateo County, California.

14      5.      During the period covered by this Indictment, defendant JAMES F.
15  APPENRODT was a bidder at and purchased real estate at public auctions in San Mateo and San
16  Francisco counties, California, on behalf of defendant JOSEPH J. GIRAUDO and others.

17      6.      During the period covered by this Indictment, defendant ABRAHAM S. FARAG
18  was a bidder at and purchased real estate at public auctions in San Mateo County, California.

19  **COUNT ONE: 15 U.S.C. § 1 – Bid Rigging (San Mateo County)**

20      7.      The following individuals are hereby indicted and made defendants on the charge
21  contained in Count One below:

22          a.      JOSEPH J. GIRAUDO;

23          b.      RAYMOND A. GRINSELL;

24          c.      KEVIN B. CULLINANE;

25          d.      JAMES F. APPENRODT; and

26          e.      ABRAHAM S. FARAG.

27  //

28  //

## THE COMBINATION AND CONSPIRACY

8.    Paragraphs 1 through 6 of this Indictment are re-alleged and incorporated herein as if fully set forth in this Count.

9.    Beginning no later than August 2008 and continuing until on or about January 11, 2011, the exact dates being unknown to the Grand Jury, the defendants, JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, ABRAHAM S. FARAG, and others known and unknown to the Grand Jury, entered into and engaged in a combination and conspiracy to suppress and restrain competition by rigging bids to obtain dozens of selected properties offered at public auctions in San Mateo County in the Northern District of California, in unreasonable restraint of interstate trade and commerce, in violation of Section 1 of the Sherman Act, Title 15, United States Code.

10.    The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendants and co-conspirators to suppress competition by agreeing to refrain from or stop bidding against each other to purchase selected properties at public auctions in San Mateo County at non-competitive prices.

## MEANS AND METHODS

11.    For the purpose of forming and carrying out the charged combination and conspiracy, the defendants and co-conspirators did those things that they combined and conspired to do, including, among other things:

a.    agreeing not to compete or to stop competing to purchase selected properties at public auctions in return for payoffs;

b.    designating which conspirators would win selected properties at public auctions;

c.    refraining from or stopping bidding for selected properties at public auctions; and

d.    purchasing selected properties at public auctions at artificially suppressed prices.

//

3

12.     Various entities and individuals, not made defendants in this Count, participated as co-conspirators in the offense charged and performed acts and made statements in furtherance thereof.

TRADE AND COMMERCE

13.     The public auctions and the business activities of the defendants and co-conspirators that are the subject of this Count were within the continuous and uninterrupted flow of, and substantially affected, interstate trade and commerce.  For example, during the period covered by this Count:

        a.     substantial proceeds from the sale of properties purchased by the co-conspirators pursuant to the bid-rigging conspiracy were transmitted from locations in one state to certain beneficiaries located in other states;

        b.     instructions regarding the terms of sale of properties that would be purchased by the co-conspirators pursuant to the bid-rigging conspiracy were transmitted and communicated by certain beneficiaries located in one state to trustees located in other states;

        c.     paperwork related to the sale of properties purchased by the co-conspirators pursuant to the bid-rigging conspiracy was sent by trustees located in one state to certain beneficiaries located in other states, notifying them of the sale of properties in which the beneficiaries held an interest; and

        d.     beneficiaries included companies that operated in interstate commerce.

JURISDICTION AND VENUE

14.     The combination and conspiracy charged in this Count was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

**COUNTS TWO THROUGH FIVE: 18 U.S.C. § 1341 – Mail Fraud (San Mateo County)**

The Grand Jury further charges that:

THE SCHEME TO DEFRAUD

15.     Paragraphs 1 through 6 of this Indictment are re-alleged and incorporated herein as if fully set forth in these Counts.

4

1    16.    Beginning no later than August 2008 and continuing until on or about January 11,
2    2011, the exact dates being unknown to the Grand Jury, in San Mateo County in the Northern
3    District of California, the defendants, JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL,
4    KEVIN B. CULLINANE, JAMES F. APPENRODT, ABRAHAM S. FARAG, and others
5    known and unknown to the Grand Jury, did knowingly and with intent to defraud, devise and
6    participate in a scheme and artifice to defraud beneficiaries and to obtain money and property
7    from beneficiaries by means of materially false and fraudulent pretenses, representations, and
8    promises, and, for purposes of executing such scheme, to use and knowingly cause to be used the
9    United States mail and private or commercial interstate carriers.

10    17.    The purpose of the scheme was to fraudulently acquire title to dozens of selected
11    properties sold at public auctions in San Mateo County and to divert money to co-schemers that
12    would have gone to beneficiaries.

13    MEANS AND METHODS OF THE SCHEME TO DEFRAUD

14    18.    For the purpose of forming and carrying out the charged scheme to defraud, the
15    defendants and co-schemers did those things that they schemed to do, including, among other
16    things:

17    a.    paying co-schemers monies that otherwise would have gone to
18    beneficiaries;

19    b.    taking steps to conceal the fact that monies were diverted from
20    beneficiaries to co-schemers;

21    c.    making and causing to be made materially false and misleading statements
22    on records of public auctions that trustees relied upon to distribute proceeds from the public
23    auction to beneficiaries and convey title to selected properties sold at the public auctions; and

24    d.    causing the suppressed purchase price to be reported to beneficiaries.

25    USE OF THE MAILS

26    19.    To carry out and attempt to carry out the scheme and artifice to defraud, the
27    defendants and co-schemers knowingly used and caused to be used the United States Postal
28    Service and private or commercial interstate carriers.  For example, the defendants and

5

1 co-schemers caused trustees to use the United States mail and private or commercial interstate

2 carriers to transmit the Trustee's Deeds Upon Sale ("TDUS") and other related documents to

3 participants in the scheme. These mailings were foreseeable to the defendants and mailed in the

4 ordinary course of business.

5      20.     On or about the dates and with respect to the individual defendants specified as to

6 each count set forth below, the defendants and co-schemers did knowingly cause to be delivered

7 by United States mail and private and commercial carriers, including the United States Postal

8 Service, United Parcel Service, and FedEx, the items identified in each count below:

| Count | Defendants | Approx. Date of Mailing | To | From | Description of Mailing |
|-------|-----------|-------------------------|----|------|------------------------|
| 2 | Joseph Giraudo<br>Raymond Grinsell<br>Kevin Cullinane<br>Abraham Farag | 3/9/2010 | 10 Santa Gina Ct., Hillsborough, CA 94010 | Default Resolution Network | TDUS Regarding:<br>2544 Emmett Way, East Palo Alto, CA |
| 3 | Joseph Giraudo<br>Raymond Grinsell<br>Kevin Cullinane<br>James Appenrodt | 4/5/2010 | 311 S. Ellsworth Ave. San Mateo, CA 94401 | Regional Trustee Services | TDUS Regarding:<br>974 Gellert Blvd., Daly City, CA |
| 4 | Joseph Giraudo<br>Kevin Cullinane<br>James Appenrodt<br>Abraham Farag | 5/13/2010 | 2300 Bridgeway, Sausalito, CA 94965 | NDeX West, L.L.C. | TDUS Regarding:<br>91 El Portal Way, Daly City, CA |
| 5 | Joseph Giraudo<br>Raymond Grinsell<br>James Appenrodt | 9/10/2010 | 63 Bovet Rd. #354 San Mateo, CA 94403 | Quality Loan Service Corp. | TDUS Regarding:<br>81 Highland Ave, San Carlos, CA |

27

28 //

JURISDICTION AND VENUE

21.     The scheme and artifice to defraud charged in these Counts was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1341.

**COUNT SIX: 15 U.S.C. § 1 – Bid Rigging (San Francisco County)**

The Grand Jury further charges that:

22.     The following individuals are hereby indicted and made defendants on the charges stated in Count Six below:

        a.     JOSEPH J. GIRAUDO;

        b.     RAYMOND A. GRINSELL; and

        c.     JAMES F. APPENRODT.

THE COMBINATION AND CONSPIRACY

23.     Paragraphs 1 through 3 and paragraph 5 of this Indictment are re-alleged and incorporated herein as if fully set forth in this Count.

24.     Beginning no later than November 2008 and continuing until on or about January 11, 2011, the exact dates being unknown to the Grand Jury, the defendants, JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, JAMES F. APPENRODT, and others known and unknown to the Grand Jury, entered into and engaged in a combination and conspiracy to suppress and restrain competition by rigging bids to obtain dozens of selected properties offered at public auctions in San Francisco County in the Northern District of California, in unreasonable restraint of interstate trade and commerce, in violation of Section 1 of the Sherman Act, Title 15, United States Code.

25.     The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendants and co-conspirators to suppress competition by agreeing to refrain from or stop bidding against each other to purchase dozens of selected properties at public auctions in San Francisco County at non-competitive prices.

//

7

## MEANS AND METHODS

26.     For the purpose of forming and carrying out the charged combination and conspiracy, the defendants and co-conspirators did those things that they combined and conspired to do, including, among other things:

     a.     agreeing not to compete or to stop competing to purchase selected properties at public auctions in returns for payoffs;

     b.     designating which conspirators would win selected properties at public auctions;

     c.     refraining from or stopping bidding for selected properties at public auctions; and,

     d.     purchasing selected properties at public auctions at artificially suppressed prices.

27.     Various entities and individuals, not made defendants in this Count, participated as co-conspirators in the offense charged and performed acts and made statements in furtherance thereof.

## TRADE AND COMMERCE

28.     The public auctions and the business activities of the defendants and co-conspirators that are the subject of this Count were within the continuous and uninterrupted flow of, and substantially affected, interstate trade and commerce.  For example, during the period covered by this Count:

     a.     substantial proceeds from the sale of properties purchased by the co-conspirators pursuant to the bid-rigging conspiracy were transmitted from locations in one state to certain beneficiaries located in other states;

     b.     instructions regarding the terms of sale of properties that would be purchased by the co-conspirators pursuant to the bid-rigging conspiracy were transmitted and communicated by certain beneficiaries located in one state to trustees located in other states;

     c.     paperwork related to the sale of properties purchased by the co-conspirators pursuant to the bid-rigging conspiracy was sent by trustees located in one state to

8

1   certain beneficiaries located in other states, notifying them of the sale of properties in which the
2   beneficiaries held an interest; and

3            d.      beneficiaries included companies that operated in interstate commerce.

4   JURISDICTION AND VENUE

5        29.      The combination and conspiracy charged in this Count was carried out, in part, in
6   the Northern District of California, within the five years preceding the return of this Indictment.

7        ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

8   **COUNTS SEVEN & EIGHT: 18 U.S.C. § 1341 – Mail Fraud (San Francisco County)**

9        The Grand Jury further charges that:

10   THE SCHEME TO DEFRAUD

11        30.      Paragraphs 1 through 3 and paragraph 5 of this Indictment are re-alleged and
12   incorporated herein as if fully set forth in these Counts.

13        31.      Beginning no later than November 2008 and continuing until on or about January
14   11, 2011, the exact dates being unknown to the Grand Jury, in San Francisco County in the
15   Northern District of California, the defendants, JOSEPH J. GIRAUDO, RAYMOND A.
16   GRINSELL, JAMES F. APPENRODT, and others known and unknown to the Grand Jury, did
17   knowingly and with intent to defraud, devise and participate in a scheme and artifice to defraud
18   beneficiaries and to obtain money and property from beneficiaries by means of materially false
19   and fraudulent pretenses, representations, and promises, and, for purposes of executing such
20   scheme, to use and knowingly cause to be used the United States mail and private or commercial
21   interstate carriers.

22        32.      The purpose of the scheme was to fraudulently acquire title to dozens of selected
23   properties sold at public auctions in San Francisco County and to divert money to co-schemers
24   that would have gone to beneficiaries.

25   //
26   //
27   //
28   //

9

1    ## MEANS AND METHODS OF THE SCHEME TO DEFRAUD

2    33.    For the purpose of forming and carrying out the charged scheme to defraud, the

3    defendants and co-schemers did those things that they schemed to do, including, among other

4    things:

5            a.    paying co-schemers monies that otherwise would have gone to

6    beneficiaries;

7            b.    taking steps to conceal the fact that monies were diverted from

8    beneficiaries to co-schemers;

9            c.    making and causing to be made materially false and misleading statements

10   on records of public auctions that trustees relied upon to distribute proceeds from the public

11   auction to beneficiaries and convey title to properties sold at the public auctions; and

12           d.    causing the suppressed purchase price to be reported to beneficiaries.

13   ## USE OF THE MAILS

14   34.    To carry out and attempt to carry out the scheme and artifice to defraud, the

15   defendants and co-schemers knowingly used and caused to be used the United States Postal

16   Service and private or commercial interstate carriers.  For example, the defendants and

17   co-schemers caused trustees to use the United States mail and private or commercial interstate

18   carriers to transmit TDUSs and other related documents to participants in the scheme.  These

19   mailings were foreseeable to the defendants and mailed in the ordinary course of business.

20   35.    On or about the dates and with respect to the individual defendants specified as to

21   each count set forth below, the defendants and co-schemers did knowingly cause to be delivered

22   by United States mail and private and commercial carriers, including the United States Postal

23   Service, United Parcel Service, and FedEx, the items identified in each count below:

24   //

25   //

26   //

27   //

28   //

| Count | Defendants | Approx. Date of Mailing | To | From | Description of Mailing |
|---|---|---|---|---|---|
| 7 | Joseph Giraudo<br>Raymond Grinsell | 7/8/2010 | 2010 Ocean Ave. Suite E San Francisco, CA 94127 | CR Title Services Inc. | TDUS Regarding:<br>4126 Pacheco St. San Francisco, CA |
| 8 | Joseph Giraudo<br>Raymond Grinsell<br>James Appenrodt | 7/23/2010 | 1138 Taylor St. San Francisco, CA 94108 | Northwest Trustee Services, Inc. | TDUS Regarding:<br>2094 46th Ave San Francisco, CA |

## JURISDICTION AND VENUE

36.     The scheme and artifice to defraud charged in these Counts was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1341.

**FORFEITURE ALLEGATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)**

37.     Paragraphs 1 through 6, paragraphs 15 through 21, and paragraphs 30 through 36 are hereby re-alleged as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

38.     Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of the offenses alleged in Counts Two, Three, Four, Five, Seven, and Eight of this Indictment, each defendant so convicted shall be jointly and severally liable to forfeit to the United States any property constituting, or derived from, proceeds obtained directly or indirectly from the scheme and artifice to defraud alleged in said Counts.

39.     If, as a result of any act or omission of the defendants, any of said property:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

11

1      c.      has been placed beyond the jurisdiction of the Court;

2      d.      has been substantially diminished in value; or

3      e.      has been commingled with other property that cannot be divided

4              without difficulty;

5  any and all interest that the defendants have in any other property, up to the value of the property

6  described in Paragraph 38 above, shall be forfeited to the United States pursuant to Title 21,

7  United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

8  2461(c).

9  //

10  Dated:   _11-21-14_                    A TRUE BILL.

11

12

13                                         _____
                                           FOREPERSON
14

15

16  _____           _____
    Brent Snyder                           Marc Siegel
17  Deputy Assistant Attorney General      Chief, San Francisco Office

18

19  _____           _____
    Marvin N. Price                        E. Kate Patchen
20  Director of Criminal Enforcement       Assistant Chief, San Francisco Office
21  United States Department of Justice
22  Antitrust Division

23

24  _____           _____
    Brian J. Stretch                       David J. Ward
25  Attorney for the United States         Christina M. Wheeler
26  Acting Under Authority Conferred        Lidia Maher
    by 28 U.S.C. § 515                     Andrew Nicholson-Meade
27                                         United States Department of Justice
                                           Antitrust Division
28

                                    12