IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, and ABRAHAM S. FARAG,<br><br>    Defendants._____ / | No. CR 14-534 CRB<br><br>**ORDER CONDITIONALLY DENYING REQUEST TO EXCUSE APPEARANCE AT APRIL 5, 2016 HEARING** |

Abraham Farag has requested that the Court excuse his appearance at the April 5, 2016 evidentiary hearing on this matter. See Request (dkt. 106). The government opposes Farag's request because the purpose of the upcoming hearing is to provide the government with the opportunity to cross-examine the defendants on the declarations they have submitted to support their motion to suppress. See Response (dkt. 108). For the reasons stated in the government's opposition, the Court DENIES Farag's request to the extent that the defense intends to introduce his declaration in support of the motion to suppress.

**IT IS SO ORDERED.**

Dated: April 1, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE