UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE CHARLES R. BREYER

# CRIMINAL MINUTES

**Date:** April 5, 2016  **Time:** 2 hours; 30 minutes

**Case No.:** 14-cr-00534-CRB  **Case Name:** USA v. J. Giraudo, R. Grinsell, K. Cullinane and J. Appendrodt
A. Farag (not present)

**Attorneys: (P)** David Ward, Lydia Maher, Kate Patchen
**Attorneys: (D)** Matt Jacobs, Louis Feuchtbaum, William Taylor, Doron Weinberg, Alicia Jovais, Daniel M. Wall, Jeffrey Bornstein, Andrew Nicholson-Meade

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Pamela Batalo
**Interpreter: N/A**  **Probation Officer:** N/A

## PROCEEDINGS:

Evidentiary Hearing re: [58] Motion to Suppress.

## SUMMARY:

Hearing continued from February 29, 2016

**Witness:** Raymond Grinsell

**Government Exhibits:** 43, 44, 45

**Defense Exhibits:** 53 thru 65; 67

Motion by USA to seal exhibits and video recordings. Denied.
Motion for Leave to file Farag's Declaration. Denied.

Plaintiff shall submit briefs on their 302s no later than 4/12/2016; response briefs due 4/19/2016; replies due 4/22/2016.