# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 14-cr-00534-CRB-1        Case Name: **UNITED STATES OF AMERICA v. J. GIRUADO, R. GRINSELL, K. CULLINANE, J. APPENDRODT, A. FARAG**

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: CHARLES R. BREYER | PLAINTIFF ATTORNEY: David Ward, Lydia Maher, Kate Patchen | DEFENSE ATTORNEY: Matthew Jacobs, Louis Feuchtbaum, William Taylor, Doron Weinberg, Alicia Jovais, Daniel M. Wall, Jeffrey Bornstein |
|---|---|---|
| TRIAL DATE: April 5, 2016 | REPORTER(S): Pamela Batalo | CLERK: Angella Meuleman |

| PLF NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 9:01a. All counsel present. |  |
|  |  |  |  |  | 9:06a. Case called. Housekeeping matters discussed with counsel regarding clarification of exhibits. |  |
|  | 53-65 |  | x | x | 9:08a. Defense exhibits 53 thru 65 admitted into evidence. |  |
|  |  |  |  |  | 9:10a. Discussion regarding scope of evidentiary hearing. |  |
|  | 67 |  | x | x | 9:35a. *Raymond Grinsell* sworn for testimony; direct examination by Lydia Maher; Declaration 67 of Raymond Grinsell admitted. | G |
|  |  |  |  |  | Motion to seal exhibits and video/audio recordings made by Lydia Maher. Motion denied. |  |
| 43 |  |  | x | x | 10:05a. Exhibit (photograph). Admitted. | G |
| 44 |  |  | x | x | 10:18a. Exhibit (audio recording). Admitted. | G |
|  |  |  |  |  | 10:20a. Court in recess. |  |
|  |  |  |  |  | 10:30a. Court reconvenes. Direct examination of witness continues. |  |
| 45 |  |  | x | x | 10:51a. Exhibit (audio recording). Admitted. | G |
|  |  |  |  |  | 11:07a. Court in recess. |  |
|  |  |  |  |  | 11:13a. Court reconvenes. |  |
|  |  |  |  |  | 11:14a. Lydia Maher concludes direct examination. Discussion regarding the scope of evidence. |  |
|  |  |  |  |  | Motion for Leave to file Farag's Declaration by Daniel Wall. Motion denied. |  |
|  |  |  |  |  | Discussion regarding private and public conversations. |  |
|  |  |  |  |  | 11:48a. Evidentiary portions of this proceeding concluded. It is ordered that Plaintiff shall submit briefs on their 302s by 4/12/2016; defense reply briefs due 4/19/2016; any replies due 4/22/2016 |  |
|  |  |  |  |  | 11:49 Court in recess. |  |