LATHAM & WATKINS LLP
　Daniel M. Wall (Bar No. 102580)
　　dan.wall@lw.com
　Ashley M. Bauer (Bar No. 231626)
　　ashley.bauer@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendant Abraham S. Farag*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, and ABRAHAM S. FARAG,<br><br>　　　　　Defendants. | CASE NO. CR 14-00534 CRB<br><br>**ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **MOTION FOR LEAVE TO FILE POST-HEARING BRIEF IN EXCESS OF PAGE LIMIT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING *EX PARTE* MOTION
RE: PAGE LIMIT AND ORAL ARGUMENT
CASE NO. CR 14-00534-CRB

1   Having considered all of the papers and evidence submitted in support of Defendants' *Ex Parte* Motion for Leave to File Post-Hearing Brief in Excess of Page Limit and for Oral Argument ("the Motion"), as well as the other pleadings and papers on file in this case, and good cause having been shown:

THE COURT HEREBY ORDERS that the Motion is **GRANTED IN PART**. Defendants' opening post-hearing brief in support of their Motion to Suppress may exceed fifteen pages but shall be limited to thirty-five pages.

**IT IS SO ORDERED.**

DATED: May 31, 2016

_____
Hon. Charles R. Breyer
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING *EX PARTE* MOTION
RE: PAGE LIMIT AND ORAL ARGUMENT
CASE NO. CR 14-00534-CRB