LATHAM & WATKINS LLP
    Daniel M. Wall (Bar No. 102580)
    dan.wall@lw.com
    Ashley M. Bauer (Bar No. 231626)
    ashley.bauer@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendant Abraham S. Farag*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-00534 CRB |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF LOUIS P. FEUCHTBAUM IN SUPPORT OF DEFENDANTS' POST-HEARING BRIEF** |
| JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, and ABRAHAM S. FARAG, | |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. CR 14-00534-CRB

1    The Court, having reviewed Defendants' Administrative Motion to File Under Seal the

2  Declaration of Louis P. Feuchtbaum in Support of Defendants' Post-Hearing Brief ("the

3  Administrative Motion") and counsel's supporting Declaration, and good cause having been

4  shown, hereby **GRANTS** the Administrative Motion.  For the reasons set forth in counsel's

5  supporting Declaration, the Court finds that the following document shall be filed under seal:

6

7  | Declaration of Louis P. Feuchtbaum in Support of Defendants' Post-Hearing Brief |

8

9          **IT IS SO ORDERED.**

10  DATED:  June 7,  2016

11                                                          _____

12                                                          Hon. Charles R. Breyer
                                                            United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. CR 14-00534-CRB