1  LIDIA MAHER (CSBN 222253)
   ANDREW J. NICHOLSON-MEADE (CSBN 284070)
2  KEVIN B. HART (NYRN 3038031)
   U.S. Department of Justice
3  Antitrust Division
4  450 Golden Gate Avenue
   Box 36046, Room 10-0101
5  San Francisco, CA 94102
   lidia.maher@usdoj.gov
6  Telephone: (415) 934-5300

7  Attorneys for United States of America

8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11             SAN FRANCISCO DIVISION
12

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 3:14-00534 CRB |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 *ET SEQ.*** |
| JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, and ABRAHAM S. FARAG, | |
| Defendants. | |

No. CR 14-00534 CRB
STIP. & [PROPOSED] ORDER
TO EXCLUDE TIME

At the August 23, 2016 status conference following the Court's August 1, 2016 suppression order, the Court ordered additional briefing by the parties on the issue of potential taint, to be followed by a further status conference on October 19, 2016.  In light of the pending briefing and status conference, the UNITED STATES OF AMERICA and defendants JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, and ABRAHAM S. FARAG, by and through their respective counsel, hereby stipulate to exclude the time period from August 23, 2016 through the next status conference on October 19, 2016 under 18 U.S.C. § 3161(h)(7)(B)(iv) for effective preparation of counsel.

**IT IS SO STIPULATED.**

DATED:  September 19, 2016            Respectfully submitted,

By: */s/ Lidia Maher*
    Lidia Maher
    Andrew J. Nicholson-Meade
    Kevin B. Hart
    Antitrust Division
    U.S. Department of Justice
    *Attorneys for United States of America*

By: */s/ Ashley M. Bauer*
    Daniel M. Wall (Bar No. 102580)
    Ashley M. Bauer (Bar No. 231626)
    LATHAM & WATKINS LLP
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111-6538
    Telephone: (415) 391-0600
    Fax: (415) 395-8095
    dan.wall@lw.com
    ashley.bauer@lw.com
    *Attorneys for Defendant Abraham S. Farag*

No. CR 14-00534 CRB
STIP. & [PROPOSED] ORDER
TO EXCLUDE TIME                              1

1  By: */s/ Matthew J. Jacobs*
    Matthew J. Jacobs (Bar No. 171149)
2    VINSON & ELKINS LLP
    525 Market Street, Suite 2750
3    San Francisco, CA 94105
    Telephone: (415) 979-6990
4    Fax: (415) 651-8786
    mjacobs@velaw.com
5    *Attorney for Defendant Joseph J. Giraudo*

6

7  By: */s/ Louis P. Feuchtbaum*
    Louis P. Feuchtbaum (Bar No. 219826)
8    SIDEMAN & BANCROFT LLP
    1 Embarcadero Center, 22nd Floor
9    San Francisco, CA 94111
    Telephone: (415) 392-1960
10   Fax: (415) 392-0827
    lfeuchtbaum@sideman.com
11   *Attorney for Defendant Raymond A. Grinsell*

12

13 By: */s/ Doron Weinberg*
    Doron Weinberg (Bar No. 46131)
14   LAW OFFICES OF DORON WEINBERG
    523 Octavia Street
15   San Francisco, CA 94102
    Telephone: (415) 431-3472
16   Fax: (415) 552-2703
    doronweinberg@aol.com
17   *Attorney for Defendant Kevin B. Cullinane*

18

19 By: */s/ Jeffrey L. Bornstein*
    Jeffrey L. Bornstein (Bar No. 99358)
    ROSEN BIEN GALVAN & GRUNFELD LLP
20   50 Fremont Street, Floor 19
    San Francisco, CA 94105
21   Telephone: (415) 433-6830
    Fax: (415) 433-7104
22   jbornstein@rbgg.com
    *Attorney for Defendant James F. Appenrodt*
23

24

25

26

27

28

No. CR 14-00534 CRB
STIP. & [PROPOSED] ORDER
TO EXCLUDE TIME                2

## [PROPOSED] ORDER

Pursuant to agreement and stipulation of the parties and for good cause shown, the Court hereby ORDERS that time be excluded from August 23, 2016 until October 19, 2016. The Court finds the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. The Court makes this finding based on the fact that failure to exclude time would unreasonably deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED:_____

_____
HON. CHARLES R. BREYER
United States District Judge