LIDIA MAHER (CSBN 222253)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
KEVIN B. HART (NYRN 3038031)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
lidia.maher@usdoj.gov
Telephone: (415) 934-5300

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH J. GIRAUDO,<br>RAYMOND A. GRINSELL,<br>KEVIN B. CULLINANE,<br>JAMES F. APPENRODT, and<br>ABRAHAM S. FARAG,<br><br>Defendants. | CASE NO. CR 3:14-00534 CRB<br><br>**UNITED STATES' MOTION TO DISMISS COUNTS 2 THROUGH 5, 7, AND 8, AND FORFEITURE ALLEGATION FROM INDICTMENT** |

The United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss Counts 2 through 5, 7, and 8, and the forfeiture allegation (paragraphs 37 through 39) from the indictment in the above-captioned matter with prejudice.  Counts 2 through 5, 7, and 8 charge various defendants with mail fraud, in violation of 18 U.S.C. § 1341.

/ /

/ /

/ /

/ /

The United States intends to continue its prosecution of Counts 1 and 6, which charge various defendants with bid rigging in violation of 15 U.S.C. § 1.

DATED: October 12, 2016                    Respectfully submitted,

                                           _____/s/_____
                                           Lidia Maher
                                           Andrew Nicholson-Meade
                                           Kevin B. Hart
                                           Trial Attorneys
                                           Antitrust Division
                                           U.S. Department of Justice