LIDIA MAHER (CSBN 222253)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
KEVIN B. HART (NYRN 3038031)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
lidia.maher@usdoj.gov
Telephone: (415) 934-5300

Attorneys for United States of America

**FILED**

OCT 13 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JOSEPH J. GIRAUDO, <br> RAYMOND A. GRINSELL, <br> KEVIN B. CULLINANE, <br> JAMES F. APPENRODT, and <br> ABRAHAM S. FARAG, <br><br> Defendants. | CASE NO. CR 3:14-00534 CRB <br><br> [PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO DISMISS COUNTS 2 THROUGH 5, 7, AND 8, AND FORFEITURE ALLEGATION FROM INDICTMENT |

IT IS HEREBY ORDERED that Counts 2 through 5, 7, and 8, and the forfeiture allegation (paragraphs 37 through 39) be dismissed from the indictment in the above-captioned case with prejudice.

IT IS SO ORDERED.

Dated: Oct. 13, 2016

_____
Hon. CHARLES R. BREYER
United States Senior District Judge

No. CR 14-00534 CRB
[PROPOSED] ORDER GRANTING
US' MOT. TO DIMISS                                      1