1 | JEFFREY L. BORNSTEIN – 099358
ANDREW G. SPORE – 308756
2 | ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
3 | San Francisco, California 94105-2235
Telephone: (415) 433-6830
4 | Facsimile: (415) 433-7104
Email: jbornstein@rbgg.com
5 | aspore@rbgg.com

6 | Attorneys for Defendant
JAMES F. APPENRODT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, and ABRAHAM S. FARAG,<br><br>Defendants. | Case No. CR-14-0534-CRB<br><br>**NOTICE OF APPEARANCE OF COUNSEL ANDREW G. SPORE** |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Andrew G. Spore enters his appearance as counsel of record for Defendant JAMES F. APPENRODT ("Mr. Appenrodt"). Jeffrey L. Bornstein remains as Lead Counsel to Mr. Appenrodt.

Copies of all pleadings, papers, and notices should be served/noticed as follows:

>Jeffrey L. Bornstein
>Andrew G. Spore
>Rosen Bien Galvan Grunfeld LLP
>50 Fremont Street, 19th Floor
>San Francisco, CA 94105
>Phone: (415) 433-6830
>Facsimile: (415) 433-7104
>Email: JBornstein@rbgg.com; ASpore@rbgg.com;

DATED: April 26, 2018

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Andrew G. Spore*
Andrew G. Spore

Attorneys for JAMES F. APPENRODT