JEFFREY L. BORNSTEIN – 099358
ANDREW G. SPORE – 308756
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
Email:        jbornstein@rbgg.com
                   aspore@rbgg.com

Attorneys for Defendant
JAMES F. APPENRODT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 14-cr-0534-CRB |
|---|---|
| Plaintiff, | **NOTICE OF UNAVAILABILITY OF COUNSEL JEFFREY L. BORNSTEIN** |
| v. | |
| JOSEPH J. GIRAUDO; RAYMOND A. GRINSELL; KEVIN B. CULLINANE; JAMES F. APPENRODT; and ABRAHAM S. FARAG, | |
| Defendants. | |

1  NOTICE IS HEREBY GIVEN that counsel Jeffrey L. Bornstein will be unavailable
2  and out of the state on May 23, May 24, and May 25, 2018.
3  DATED: April 26, 2018    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:   */s/ Jeffrey L. Bornstein*
          Jeffrey L. Bornstein

Attorneys for Defendant JAMES F. APPENRODT